# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **HENRY GONZALES,** <br> **TDCJ No. 1808929,** <br> <br>       **Plaintiff,** <br> <br> v. <br> <br> **TDCJ-CID, et al.,** <br> <br>       **Defendants.** | § § § § § § § § § § § | Civil Action No. 7:24-cv-003-O |

## JUDGMENT

This action came on for consideration by the Court, and the Plaintiff having failed to comply with the Court's order,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the complaint be, and it is hereby, **DISMISSED** without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

**SIGNED** this **28th day** of **February, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**